No. 347. TASTY BAKING CO. *v.* UNITED STATES. October 13, 1941. Petition for writ of certiorari to the Court

of Claims denied. *Mr. Hugh Satterlee* for petitioner. *Assistant Solicitor General Fahy, Assistant Attorney General Clark,* and *Mr. J. Louis Monarch* for the United States.